UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIVERA,<br><br>         Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, *et al.*,<br><br>         Defendants. | Case No. 2:20-cv-02235-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF UNTIL MAY 10, 2021 TO FILE AN AMENDED COMPLAINT |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 15, 2021, I screened plaintiff's complaint and found that it failed to state a viable claim. ECF No. 7. Plaintiff was granted sixty days either to file an amended complaint or to advise the court that he wishes to stand by his current complaint, subject to a recommendation that it be dismissed. *Id*. Plaintiff subsequently filed a motion for reconsideration of the screening order, ECF No. 10, which I denied on February 18, 2021, ECF No. 12. Plaintiff then filed a second motion for reconsideration. ECF No. 13. The assigned district judge denied that motion on April 7, 2021.

Owing to plaintiff's multiple motions for reconsideration, he has yet to file an amended complaint or to notify the court that he wishes to stand by the original complaint. I will therefore set a new deadline for him to do so.

It is hereby ORDERED that, by no later than May 10, 2021, plaintiff must either file an amended complaint or advise the court that he wishes to stand by his current complaint.  Plaintiff is warned that failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   April 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE