UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIVERA,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-02235-TLN-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On January 15, 2021, I screened plaintiff's complaint, notified him that the complaint failed to state a claim, and granted him sixty days to file an amended complaint. ECF No. 7. Plaintiff subsequently filed a motion for reconsideration of the screening order, ECF No. 10, which I denied on February 18, 2021, ECF No. 12. Plaintiff then filed a second motion for reconsideration. ECF No. 13. The assigned district judge denied that motion on April 7, 2021.

On April 8, 2021, I ordered plaintiff to file an amended complaint by no later than May 10, 2021. ECF No. 15. I warned him that failure to comply with the April 8 order would result in a recommendation that this action be dismissed. The deadline has passed, and plaintiff has neither filed an amended complaint nor otherwise responded to the April 8, 2021 order.

1

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim, for the reasons set forth in the January 15, 2021 order, *see* ECF No. 7; and

2. the Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of being served with these findings and recommendations, any party may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and a copy must be served on each party. Any response to the objections shall be served and filed within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

IT IS SO ORDERED.

Dated:   July 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE